```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0126--CV (JKS)
           "ALASKA IMPORTING INC EX REL V OSBORNE CONST"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/09/04
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (130) Miller Act
                   BREACH OF CONTRACT
           Origin: (1) Original Proceeding
           Demand: 223
       Filing fee: Paid $150.00 on 06/09/04 receipt # 00123341
         Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1           ALASKA IMPORTING INC EX REL     William D. Artus
                                                  Attorney at Law
                                                  629 L Street
                                                  Anchorage, AK 99501
                                                  907-277-9918
                                                  FAX 907-279-9918

DEF 1.1           OSBORNE CONSTRUCTION CO         Donna C. Willard
                                                  Law Office of Donna C. Willard
                                                  1120 E. Huffman Road
                                                  Suite 23, #231
                                                  Anchorage, AK 99515
                                                  907-278-3641
                                                  FAX 907-345-1804

DEF 2.1           SAFECO INSURANCE CO OF AMERICA  Donna C. Willard
                                                  (see above)

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0126--CV (JKS)
                       "ALASKA IMPORTING INC EX REL V OSBORNE CONST"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/09/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (130) Miller Act
                     BREACH OF CONTRACT
             Origin: (1) Original Proceeding
             Demand: 223
         Filing fee: Paid $150.00 on 06/09/04 receipt # 00123341
           Trial by:


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
      1 - 1  06/09/04   Complaint filed; Summons issued.

      2 - 1  06/28/04   DEF 1-2 Attorney Appearance of D. Willard.

      3 - 1  08/25/04   JKS Minute Order (case not at issue); answer/application for default due
                        w/in 20 days from date of MO.  cc: cnswl

      4 - 1  09/20/04   PLF 1 motion (joint) for stay of proceedings.

      4 - 2  10/06/04   JKS Order granting motion (joint) for stay of proceedings for 60 days
                        (4-1); status report re sttlt due 11/15/04. cc: cnsl

      5 - 1  11/15/04   PLF 1 Status Report re parties have not yet reached a settlement.

      5 - 2  11/15/04   PLF 1 motion for further stay of proceedings until 1/31/04.

      5 - 3  11/18/04   JKS Order granting motion for further stay of proceedings until 1/31/04
                        (5-2). cc: cnsl

      6 - 1  02/28/05   PLF 1 Status Report re parties unable to reach a settelment agreement.

      6 - 2  02/28/05   PLF 1 motion (request) for trial scheduling conference.

      7 - 1  03/02/05   DEF 1-2 conditional opposition to PLF 1 motion (request) for trial
                        scheduling conference (6-2).

      8 - 1  03/07/05   DEF 1-2 Answer and Counterclaim.

      9 - 1  03/08/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

     10 - 1  03/15/05   JKS Minute Order denying motion (request) for trial scheduling
                        conference (6-2). cc: cnsl

     11 - 1  04/04/05   PLF 1 Notice to crt re: S&P Conference Report.

     12 - 1  04/04/05   PLF 1 S&P Conference Report w/att exh.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0126--CV (JKS)
                     "ALASKA IMPORTING INC EX REL V OSBORNE CONST"
```
```
                                     For all filing dates
```

```
Document #     Filed     Docket text

    13 -   1  04/06/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 09/30/05; Dispositive motions deadline 10/30/05. cc: cnsl

    14 -   1  04/28/05   JKS Minute Order re def to to require an answer or apply for default re
                         cclm due 5/18/05. cc: cnsl

    15 -   1  05/13/05   PLF 1 Answer to Counterclaim.

    16 -   1  07/26/05   DEF 1-2 motion & memo in support for modification of pretrial deadlines.

    17 -   1  07/26/05   DEF 1-2 Federal Rule 7.1 disclosure statement.

    18 -   1  07/29/05   Stipulation to extend final wit list & expert disclosure ddlns to
                         9/12/05.

    19 -   1  08/01/05   PLF 1 opposition to DEF 1-2 motion & memo in support for modification of
                         pretrial deadlines (16-1).

    18 -   2  08/03/05   JKS Order granting stipulation to extend final wit list & expert
                         disclosure ddlns to 9/12 (18-1). cc: cnsl

    20 -   1  08/24/05   JKS Order granting motion & memo in support for modification of pretrial
                         deadlines (16-1) & setting the following dates: Discovery to close
                         01/03/06; Dispositive motions deadline 02/03/06. cc: cnsl

    21 -   1  10/03/05   DEF 1-2 Notice of discovery compliance.

    22 -   1  10/03/05   DEF 1-2 Final Witness List.

    23 -   1  10/05/05   PLF 1 Final Witness List.
```