William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone:  907-277-9918
Telefax:    907-279-9918

Attorney for Plaintiff



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY,<br><br>          Plaintiff,<br>v.<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0126 CV |

### CERTIFICATION OF READINESS FOR TRIAL

In accordance with the Order entered by the Court on February 10, 2006 the undersigned counsel for plaintiff advises the Court and certifies as follows:

1. Discovery is substantially complete. No further depositions or other discovery requests are contemplated by the parties. There are some discovery matters that remain outstanding. However, the attorneys for the parties believe that they will be resolved without a motion or request for assistance by the Court.

2. Depending on the documents and information yet to be provided to defendants, they may have one or two motions of a

proceduarl or legal nature. However, until plaintiff provides those materials, that determination cannot be made.

3. The parties have explored settlement. Although the parties were not close to a settlement, counsel cannot certify that a settlement cannot be reached.

4. The attorneys for the parties suggest August 21, 2006 or September 25, 2006 as alternate trial dates.

The undersigned counsel for plaintiff certifies that the foregoing has been reviewed and approved by counsel for the defendants.

DATED at Anchorage, Alaska on February 27, 2006.

                                           *William D. Artus*
                                           William D. Artus
                                           Attorney for Plaintiff
                                           ABA No. 7410059

I certify that a copy of this
Certification of Readiness for
Trial was mailed to Donna C.
Willard on February 27, 2006.

*W D Artus*
William D. Artus

*Alaska Importing, Inc., d/b/a Columbia Restaurant & Bar Supply Company v. Osborne Construction Company and Safeco Insurance Company of America*
CERTIFICATION OF READINESS FOR TRIAL

060227a
Page 2 of 2