Donna C.Willard
Law Offices of Donna C. Willard
1120 E. Huffman Road
Suite 23, No. 231
Anchorage, Alaska  99515
Telephone: (907) 278-3641
Facsimile: (907) 345-1804

Attorney for Defendants

RECEIVED

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY,<br><br>          Plaintiff,<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A04-0126 CV (JKS)

### FIRST DISCOVERY REQUESTS PROPOUNDED TO PLAINTIFF

In accordance with Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, defendants hereby request that plaintiff respond to the following discovery requests, under oath, within thirty (30) days after service.

### INSTRUCTIONS AND DEFINITIONS

1.   Please place your answers in the space provided following each request and use additional pages if necessary.

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

EXHIBIT  "A"
PAGE  1  OF  15

2.   The following definitions apply to terms used in these instructions and discovery requests:

(a)   "Person" includes any natural person, corporation, partnership, joint venture, firm, organization, business, trust, association, public entity, or other legal entity.

(b)   "Plaintiff" refers to all plaintiffs and includes their subsidiaries, officers, directors, employees, agents, representatives, predecessors, attorneys or others acting on behalf of plaintiffs.

(c)   "Documents" as used herein means all original writings and other forms of recording or documentation of any nature whatsoever, and all non-identical copies thereof, in your possession, custody or control, regardless of where located, and includes, but is not limited to, computer stored or computer generated information, legal documents, agreements, records, communications, reports, studies, summaries, regulations, indices, memoranda, calendar or diary entries, handwritten notes, working papers, agendas, bulletins, notices, announcements, instructions, charts, manuals, brochures, policies, schedules, telegrams, teletypes, films, videotapes, photographs, microfilm or microfiche, all papers, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, notes, transcription of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, graphic representations, lists, logs, publications, advertisements, instructions, minutes, orders, purchase

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 2

EXHIBIT "A "
PAGE 2 OF 15

orders, messages, resumes, contracts, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcription tapes or recordings or any portion thereof or summaries thereof, on which any handwriting, typing, printing, photostatic, or other form of communications are recorded or reproduced, as well as all notations on the foregoing; all originals, all file copies and all other copies of any of the foregoing; and all drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such documents, whether used or not, pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of each request, and which are in the possession, custody, or control of defendants, their subsidiaries, officers, directors, employees, agents, representatives, predecessors, attorneys, or others acting on behalf of plaintiff.

(d) As used herein, the masculine includes the feminine and the neutral, and the singular includes the plural,

(e) "Custodian" means the person having possession or control of documents, and requests for his identity constitutes a request for his name, address and telephone number.

(f) "Incident" includes the circumstances and events surrounding the alleged accident, injury, or other occurrence or breach of contract giving rise to this action or proceeding.

3. A request for the location of documents consists of a request for the present address at which they are kept, if known, and if not known, the last known address.

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

EXHIBIT "A"
PAGE 3 OF 15

4.   A request for the identity of a person constitutes a request for his name, present business and residence addresses and telephone numbers, and, if not known, his last known business and residence addresses and telephone numbers.

5.   Each discovery request calls not only for plaintiff's knowledge but for all information that is available to him by reasonable inquiry and due diligence, including inquiry of his subsidiaries, officers, directors, employees, agents, represen- tatives, predecessors, attorneys or others acting on plaintiff's behalf. Please state whether the information furnished is within the personal knowledge of the person answering and, if not, the name of each person who has personal knowledge of the information.

6.   For any information plaintiff claims as protected against disclosure because it is "work product" or "privileged", and which is therefore withheld on one or more of those grounds, please provide a written response with the following information:

(a)   A description of the information sufficiently particular to identify it and to enable plaintiff to disclose or produce it in response to an order of the Court:

(b)   A statement of the nature of the privilege claimed; and

(c)   A list of all persons with knowledge of the information or document.

7.   In the event that any document called for by these requests is to be withheld for any reason, please identify that document as follows:   title, addressor, addressee, indicated or blind copies,

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 4

EXHIBIT "A"
PAGE 4 OF 15

date, subject matter, number of pages, attachments or appendices, all persons to whom distributed, shown or explained, present custodian, and the basis for withholding the document.

8.    In the event that any document called for by these requests has been destroyed for any reason, please identify that document as follows:   date of destruction, manner of destruction, reason for destruction, person authorizing destruction, and person destroying the document.

9.    The requests apply to all documents in your possession, custody or control, including documents in the possession of or subject to the custody or control of your agents or attorneys.

10.    Whenever an interrogatory may be answered by referring to a writing, the writing may be attached as an exhibit to the response and referred to in the response.   If the writing has more than one page, refer to the page and section where the answer to the interrogatory can be found.

11.    Whenever an address and telephone number for the same person are requested in more than one interrogatory, you are required to furnish them in answering only the first interrogatory asking for that information.

12.    **THIS SET OF DISCOVERY REQUESTS SHALL BE DEEMED TO BE CONTINUING IN NATURE SO AS TO REQUIRE SEASONAL, SUPPLEMENTAL ANSWERS IF YOU, YOUR AGENTS, REPRESENTATIVES, OR ATTORNEYS OBTAIN FURTHER INFORMATION AS TO THE EXISTENCE OF ADDITIONAL INFORMATION BETWEEN THE TIME YOUR ANSWERS ARE SERVED AND THE TIME OF TRIAL.**

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 5

EXHIBIT "A"
PAGE 5 OF 15

## REQUESTS FOR PRODUCTION

Please produce the following at the Law Offices of Donna C. Willard, 1120 East Huffman Road, Suite 23, No. 231, Anchorage, Alaska 99501 on or before thirty days from service of this request:

**REQUEST FOR PRODUCTION NO. 1**:    All travel records of Roy DeVincenzi for the period November 1, 2002 through January 31, 2004, including, but not limited to, Alaska Airlines Mileage Plan statements.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 2**: All telephone records of plaintiff and Roy DeVincenzi for the period November 1, 2002 through January 31, 2004.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 3**: As required by Federal Civil Rule 26(a)(1)(C), but not yet provided, the computations for the following claimed damages:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 276-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 6

EXHIBIT "A"
PAGE 6 OF 15

    (a)   The sum of $223,048.00, set forth both in the complaint and in plaintiff's Initial Disclosures; and

    (b)   The sum of $20,000.00 set forth in plaintiff's Initial Disclosures.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 4**:  The documentation and other evidentiary material, as required by Federal Civil Rule 26(a)(1)(C) but not yet provided, that supports the claimed damages addressed in Request For Production No. 3.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 5**: All documents through which plaintiff gave notice to Osborne that it would be submitting claims for additional compensation.

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 7

EXHIBIT "A"
PAGE 7 OF 15

**REQUEST FOR PRODUCTION NO. 6**: All invoices submitted to Osborne in conjunction with any claim that extra services and/or materials had been provided.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 7**: All notices indicating that plaintiff intended to seek additional compensation, and/or an extension of time, as a result of changes in, additions to, or deletions from its scope of work.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 8**: The documents which support the statement, contained in paragraph 8 of your complaint, that "on January 9, 2003 and October 17, 2003 change orders were executed that increased the scope of the work...."

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 8

EXHIBIT "A"
PAGE 8 OF 15

**REQUEST FOR PRODUCTION NO. 9**: The documents which support the statement, contained in paragraph 9 of your complaint, that "[t]he total amount owed to plaintiff under the subcontract with Osborne is $1,152.00.

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 9

EXHIBIT "A"
PAGE 9 OF 15

## INTERROGATORIES

**INTERROGATORY NO. 1**:     As required by Federal Rule of Civil Procedure 26(a)(1)(A), but not to date disclosed, the subject matter about which the following witnesses set forth in plaintiff's List are expected to testify: Peter Perez, Paul Ellington, Garret Mullin, and John Bidwell.

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 10

EXHIBIT  "A"
PAGE 10 OF 15

**INTERROGATORY NO. 2**:  With respect to the extra services and/or materials that allegedly were provided, set forth the following:

    (a)   A complete description of each extra service and/or material that was provided;

    (b)   The date upon which each service was rendered and/or each item of material was supplied;

    (c)   The claimed dollar amount for each service and/or item of material;

    (d)   Each date upon which Osborne was notified that the foregoing claims would be made; and

    (e)   Each date upon which an invoice was presented to Osborne in connection with any claim for additional service rendered and/or materials provided.

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

EXHIBIT "A"
PAGE 11 OF 15

**INTERROGATORY NO. 3**:  For the period between November 1, 2002 and January 31, 2004, set forth each date upon which Roy DeVincenzi was absent from Anchorage, Alaska.

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 12

## FIRST REQUESTS FOR ADMISSIONS

In accordance with Rules 26 and 36 of the Alaska Rules of Civil Procedure, defendants are herewith requested to admit or deny the following:

**REQUEST FOR ADMISSION NO. 1**:  That no written notice ever was given to Osborne with respect to any claim for additional compensation.

**RESPONSE**:




**REQUEST FOR ADMISSION NO. 2**:  That the correct total contract amount is the sum of $1,148,058.

**RESPONSE**:




**REQUEST FOR ADMISSION NO. 3**:  That Change Order No. 2 resulted in a deduction both in contract price and scope of work.

**RESPONSE**:

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 13

EXHIBIT "A"
PAGE 13 OF 15

**REQUEST FOR ADMISSION NO. 4**:  That the balance of the contract proceeds is the sum of $218,736.00.

· **RESPONSE**:

DATED this 21st day of October, 2005.

LAW OFFICES OF DONNA C. WILLARD
Attorney for Plaintiffs

By:_____
~~Donna C. Willard~~
Bar No. 7011072

STATE OF ALASKA          )
                         : ss.
THIRD JUDICIAL DISTRICT  )

I, _____, being first duly sworn, deposes and says:  That I have read the foregoing and understand the contents thereof, and I verify that the same is true to the best of my own knowledge and belief.

_____

SUBSCRIBED  AND  SWORN  TO  before  me  this  ____  day  of November, 2005.

_____
Notary Public in and for Alaska
My Commission Expires:_____

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 14

EXHIBIT "A"
PAGE 14 OF 15

THIS IS TO CERTIFY that the origi-
nal of the foregoing was mailed to
Bill Artus this 21st day of Octo-
ber, 2005.


Donna C. Willard

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DEFENDANTS' FIRST
DISCOVERY REQUESTS
Page 15

EXHIBIT "A"
PAGE 15 OF 15