William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone:  907-277-9918
Telefax:    907-279-9918

Attorney for Plaintiff

RECEIVED NOV 22 2005

RECEIVED JUN 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY,<br><br>　　　　Plaintiff,<br>v.<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0126 CV (JKS) |

### RESPONSE TO REQUESTS FOR ADMISSIONS

Plaintiff Alaska Importing Inc., d/b/a Columbia Restaurant & Bar Supply Company, by and through its attorney, William D. Artus, answers the Requests for Admissions propounded by defendants:

REQUEST FOR ADMISSION NO. 1: That no written notice ever was given to Osborne with respect to any claim for additional compensation.

RESPONSE: Plaintiff admits.

EXHIBIT "B"
PAGE 1 OF 2

**REQUEST FOR ADMISSION NO. 2:** That the correct total contract amount is the sum of $1,148,058.

**RESPONSE:** Plaintiff denies.

**REQUEST FOR ADMISSION NO. 3:** That Change Order No. 2 resulted in a deduction both in contract price and scope of work.

**RESPONSE:** Plaintiff denies.

**REQUEST FOR ADMISSION NO. 4:** That the balance of the contract proceeds is the sum of $218,736.00.

**RESPONSE:** Plaintiff denies.

DATED at Anchorage, Alaska on November 21, 2005.

_____
William D. Artus
Attorney for Plaintiff
ABA No. 7410059

I certify that a copy of this Response to
Requests for Admissions was telefaxed and
mailed to Donna C. Willard on November 21,
2005.

_____
William D. Artus

EXHIBIT "B"
PAGE 2 OF 2

*Alaska Importing, Inc., d/b/a Columbia Restaurant & Bar Supply Company v.*   Case No. A04-0126
*Osborne Construction Company and Safeco Insurance Company of America*
RESPONSE TO REQUESTS FOR ADMISSIONS   Page 2 of 2