LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
TELEPHONE (907) 278-3641
FAX (907) 345-1804

RECEIVED
JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

December 1, 2005

William D. Artus, Esq.
629 "L" Street, Suite 204
Anchorage, Alaska 99501

Re: Osborne adv. Columbia

Dear Bill:

Enclosed please find notices of deposition for Roy and Margaret DeVincenzi, as well as John Hanson. I have decided not to take the others which we discussed.

Apart from responses to the Requests For Admission, I have not received the discovery which was due November 25, 2005. I am going to be hard pressed to take the pending depositions without it. Therefore, please provide the materials and answers at your earliest convenience.

Sincerely,

LAW OFFICES OF DONNA C. WILLARD

Donna C. Willard

DCW/p

Enclosures

cc: Jake Jacobson

EXHIBIT "C"
PAGE 1 OF 1