LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
TELEPHONE (907) 278-3641          FAX (907) 345-1804

March 13, 2005

**RECEIVED**

**JUN 1 9 2006**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

William D. Artus, Esq.
629 "L" Street, Suite 204
Anchorage, Alaska  99501

Re:  Osborne adv. Columbia

Dear Bill:

Defendants' first set of discovery requests were propounded on October 21, 2005, with the responses thereafter due on November 23, 2005.  To date, we have received no executed, verified answers.  Further, we have received only a small portion of what has been requested.  Therefore, I would appreciate your providing the missing items as well as the signed responses.

In addition, at Roy DeVincenzi's deposition on December 13-14, 2005, he agreed to produce additional records.  Thereafter, on December 28, I visited Columbia's offices and review the records that had been assembled.  Missing, in whole or in part, were the following:

1. Columbia's Project Pictures that Roy had sent out the first evening of his deposition for copying;

2. Most of Columbia's project time sheets;

3. The Simplex Grinnell and H&K contracts;

4. There was virtually nothing with respect to either Southern Equipment or Gaylord;

5. Roy's Nevada telephone records;

6. Roy's Alaska Airlines Mileage Plan statements;

7. Any documentation that would reveal the basis for Columbia's bid, including its various components;



EXHIBIT "D"
PAGE 1 OF 2

BILL ARTUS<br>
March 13, 2006<br>
Page 2

8. Most of the e-mail traffic relating to the project (while we were offered access to the computer, I felt very uncomfortable doing so and instead requested that all relevant materials be printed and provided);

9. Columbia's project submittals; and

10. The damages calculations, together with supporting documentation.

I very much would appreciate receiving the missing items as quickly as possible.

Sincerely,

LAW OFFICES OF DONNA C. WILLARD

*[signature]*

Donna C. Willard

DCW/p

cc: Jake Jacobson