**William D. Artus**
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska 99501
Telephone: 907-277-9918
Telefax: 907-279-9918



RECEIVED

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

March 21, 2006

Donna C. Willard
1120 E. Huffman Road
Suite 23 No. 231
Anchorage Alaska 99515

    Re: Columbia v Osborne

Dear Donna,

I received your letter dated March 13, 2005 and forwarded it to Roy DeVincenzi. I will be out of the state from March 22 through April 4. I will follow up with Roy regarding the things requested in your letter when I return to the office.

Very truly yours,

*Bill Artus*
William D. Artus

WDA/rh

EXHIBIT "E"
PAGE 1 OF 1