LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
TELEPHONE (907) 278-3641

RECEIVED

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

June 12, 2006

William D. Artus, Esq.
629 "L" Street, Suite 204         VIA FACSIMILE
Anchorage, Alaska  99501

Re:  Osborne adv. Columbia

Dear Bill:

I presume you are willing to sign the Good Faith Certificate, required by Local Rule 37.1, so that I can bring a motion to compel? Please advise immediately as I have the pleading ready. Also, let me know whether you are going to oppose the motion so I can check the necessary box on the form.

Sincerely,

LAW OFFICES OF DONNA C. WILLARD

Donna C. Willard

DCW/p

cc:  Jake Jacobson
     Chris Bartholdt

EXHIBIT "5"
PAGE 1 OF 3

LAW OFFICES OF DONNA C. WILLARD
1120 E. Huffman Road, Suite 23, No. 231
Anchorage, Alaska  99515
Telephone:  (907) 278-3641
Facsimile:  (907) 345-1804

****************************************************************
FACSIMILE TRANSMITTAL SHEET

PLEASE DELIVER THE DOCUMENTS WHICH FOLLOW TO:

NAME:  Bill Artus

FIRM:

FAX NUMBER:  279-9918

RE:  Columbia\Osborne

****************************************************************

DATE:  June 12, 2006

NUMBER OF PAGES INCLUDING COVER SHEET:  2

DOCUMENT(S) BEING TRANSMITTED:     Letter

COMMENTS:

   IF ALL PAGES ARE NOT RECEIVED OR IF ANY PROBLEMS WITH
   TRANSMISSION, CALL DONNA AT (907) 278-3641.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

EXHIBIT "6-4
PAGE 2 OF 3

- HP Fax Series 900  
  Plain Paper Fax/Copier

Fax History Report for

Jun 12 2006 12:31pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 12 | 12:30pm | Sent | 2799918 | 0:41 | 2 | OK |

Result:
   OK - black and white fax

EXHIBIT "G"
PAGE 3 OF 3