RECEIVED

JUN 19 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Donna C. Willard
Law Offices of Donna C. Willard
1120 E. Huffman Road
Suite 23, No. 231
Anchorage, Alaska  99515
Telephone: (907) 278-3641
Facsimile: (907) 345-1804

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY,<br><br>            Plaintiff,<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0126 CV (TMB) |

**ORDER COMPELLING DISCOVERY**

    The Court having considered defendants' motion for order compelling discovery dated June 16, 2006, having considered any opposition thereto, and otherwise deeming itself fully advised, it is hereby

    ORDERED that plaintiff Columbia Restaurant & Bar Supply Company shall fully respond to the outstanding discovery requests dated October 21, 2005, and shall likewise produce all other materials that it has agree to provide, as delineated in defense counsel's letter

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

letter dated March 13, 2006, no later than ten days from the date of this order.

DATED at Anchorage, Alaska, this ____ day of June, 2006.

_____
Timothy M. Burgess
United States District Judge

THIS IS TO CERTIFY that a true and correct copy of the foregoing was mailed to Bill Artus this 16th day of June, 2006.

_____
Donna C. Willard

LAW OFFICES
DONNA C. WILLARD
1120 E. HUFFMAN ROAD
SUITE 23, NO. 231
ANCHORAGE, ALASKA 99515
(907) 278-3641

DISCOVERY ORDER
Page 2