William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone: 907-277-9918
Telefax:   907-279-9918

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A04-0126 CV-TMB<br>)<br>)<br>)<br>)<br>) |

### NOTICE TO COURT REGARDING STATUS REPORT

Plaintiff Alaska Importing Inc., d/b/a Columbia Restaurant & Bar Supply Company, by and through its attorney, William D. Artus, notifies the court that the joint status report has been drafted and will be filed within the next few days. Counsel for plaintiff apologizes to the court for the delay in filing the joint status report.  However, the conversion to the electronic case filing system and scheduling matters have delayed filing the report.

DATED at Anchorage, Alaska on June 27, 2006.

/s/ William D. Artus
William D. Artus
Attorney for Plaintiff
ABA No. 7410059

I certify that on June , 2006 a true and correct copy of this Notice to Court Regarding Status Report was served on:

Donna Willard

by electronic means through the ECF system.

/s/ William D. Artus
William D. Artus