William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone:  907-277-9918
Telefax:    907-279-9918

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. A04-0126 CV |

ORDER REGARDING DISCOVERY

The court having considered defendants' Motion for Order Compelling Discovery, and the response of plaintiff, and being fully advised,

IT IS ORDERED:

1.  Plaintiff shall, within ten (10) days of the date of this Order, provide the following things that are referenced in the March 13, 2006 letter from Donna Willard to William Artus:

1

The Project pictures described in Paragraph 1 of the letter, the invoices from Gaylord Industries, Inc. referenced in Paragraph 4 of the letter, the Nevada  telephone records described in Paragraph 5 of the letter, the boxes of documents that include information obtained by Columbia for preparing its bid as referred to in Paragraph 7 of the letter, and the damages calculations that are referred to in Paragraph 10 of the letter.

2.   If Columbia is able to retrieve and print copies of the e-mails pertaining to the Project, copies of the e-mails shall be provided to defendants within five days (5) after the e-mails are retrieved or obtained.

3.   The other documents and things referenced in the letter either do not exist or have been previously provided to defendants and no further production is required or ordered.

DATED at Anchorage, Alaska on July _____, 2006.

BY THE COURT


_____
Timothy M. Burgess
U.S. District Court Judge

2

I certify that on June 30, 2006 a true and
correct copy of this Order was served on:

Donna C. Willard, attorney for defendants

by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.

<u>/s/ William D. Artus</u>
William D. Artus
**629 L Street, Suite 104**
**Anchorage, AK 99501**
**Telephone: (907) 277-9918**
**Telefax:    (907) 279-9918**
**E-mail: <u>artuslaw@alaska.com</u>**
**Alaska Bar No. 7410059**