William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone:  907-277-9918
Telefax:    907-279-9918

Attorney for Plaintiff

```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA for the   )
use and benefit of ALASKA          )
IMPORTING, INC., d/b/a             )
COLUMBIA RESTAURANT & BAR SUPPLY   )
COMPANY,                           )
                                   )
         Plaintiff,                )
                                   )
v.                                 )
                                   )
OSBORNE CONSTRUCTION COMPANY and   )   Case No. A04-0126 CV
SAFECO INSURANCE COMPANY OF        )
AMERICA,                           )
                                   )
         Defendants.               )
                                   )
```

## JOINT STATUS REPORT

Plaintiff Alaska Importing Inc., d/b/a Columbia Restaurant & Bar Supply Company, by and through its attorney, William D. Artus, and defendants Osborne Construction Company and Safeco Insurance Company of America, by and through their attorney, Donna C. Willard, provide the following report and information regarding the status of this case.

A.  <u>Nature of the Case</u>

   1. The sole attorney for plaintiff is William D. Artus. The sole attorney for the defendants is Donna C. Willard.

   2. The U.S. District Court has jurisdiction over the parties to and subject matter of this lawsuit under and pursuant to 40 U.S.C. § 270b.

   3. Plaintiff was a subcontractor to Osborne Construction Company (Osborne) under a contract between Osborne and the United States of America, Department of the Army, for a project at Ft. Richardson Army Base near Anchorage, Alaska. The subcontract was for labor, materials, equipment and installation of a kitchen and kitchen equipment for the project. The claim of plaintiff is for the balance owed under the subcontract.

   4. Defendants have asserted a counterclaim and allege that plaintiff failed to timely and properly perform its contractual obligations and that plaintiff failed to cure breaches of performance under the subcontract.

   5. There are no parties that have not been served.

   6. The parties do not believe that there will be any significant legal issues for consideration and determination by the court. The principal factual issues involve (a) the sufficiency of the performance by

plaintiff under its subcontract, (b) the nature and extent of any back charges or offsets to payment of the amount required by the subcontract with Osborne and change orders, and (c) whether the deductions or offsets claimed by Osborne are proper offsets against amounts owed plaintiff under the subcontract.

B. <u>Discovery</u>

1. Plaintiff has filed a motion to compel discovery. The deadline for discovery has passed and the parties will not propound or conduct any further discovery. Plaintiff will respond to the discovery motion filed by defendants. It is anticipated that the substantial documents and information requested by defendants will be provided by plaintiff.

2. There are no pending motions. Plaintiff anticipates filing a motion to exclude the expert report prepared by a person that defendants intend to offer as an expert witness at trial. As set forth in the Certificate of Readiness dated February 27, 2006, defendants believe that some motions must be made. However, until the outstanding discovery is received from plaintiff defendants are not in a position to fully evaluate the issues which might be addressed.

3. On February 27, 2006 plaintiff filed a Certificate of Readiness for Trial. No other status reports have been filed.

C. <u>Trial</u>

The parties believe that the trial will take four full days. A jury has not been requested.

D. <u>Settlement</u>

The parties engaged in settlement discussions and negotiations at the time the lawsuit was filed. There have not been any significant settlement discussions or negotiations since March 2005. The parties do not request a settlement conference. However, defendants desire and hereby request, that this case be submitted to mediation by one of the following experienced construction case mediators: David L. Ashbaugh, John Ahlers, Larry L. Barokas or Christopher Soelling.

Date: June 10, 2006                /s/ William D. Artus
                                   William D. Artus
                                   Attorney for Plaintiff
                                   629 L Street, Suite 104
                                   Anchorage, Alaska  99501
                                   Telephone:  (907) 277-9918
                                   Telefax:  (907) 279-9918
                                   E-Mail:  artuslaw@alaska.com
                                   ABA No. 7410059

```
Date: June 10, 2006          /s/ Donna C. Willard
                             Donna C. Willard
                             Attorney for Defendants
                             1120 E. Huffman Road
                             Suite 23, No. 231
                             Anchorage, Alaska  99515
                             Telephone:  (907) 278-3641
                             Telefax:  (907) 345-1804
                             E-Mail:  willardd@aol.com
                             ABA No. 7011072
```