William D. Artus
Attorney at Law
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone:  907-277-9918
Telefax:    907-279-9918

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY, <br><br>       Plaintiff,<br><br>v.<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>       Defendants. | <br><br><br><br><br><br><br><br><br>Case No. A04-0126 CV |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Alaska Importing Inc., d/b/a Columbia Restaurant & Bar Supply Company, by and through its attorney, William D. Artus, and defendants Osborne Construction Company and Safeco Insurance Company of America, by and through their attorney, Donna C. Willard, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, stipulate and agree that all claims and counterclaims that have been asserted by them in this proceeding, or that could have been asserted by them, are dismissed with

prejudice because the parties have amicably resolved all disputes and claims.  The parties shall bear and pay their own attorney fees and costs.


Date: August 15, 2006              /s/ William D. Artus
                                   William D. Artus
                                   Attorney for Plaintiff
                                   629 L Street, Suite 104
                                   Anchorage, Alaska   99501
                                   Telephone:  (907) 277-9918
                                   Telefax:  (907) 279-9918
                                   E-Mail:  artuslaw@alaska.com
                                   ABA No. 7410059



Date: August 15, 2006              /s/ Donna C. Willard
                                   Donna C. Willard
                                   Attorney for Defendants
                                   1120 E. Huffman Rd Ste 23, No. 231
                                   Anchorage, Alaska   99515
                                   Telephone:  (907) 278-3641
                                   Telefax:  (907) 345-1804
                                   E-Mail:  willardd@aol.com
                                   ABA No. 7011072