IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ALASKA IMPORTING, INC., d/b/a COLUMBIA RESTAURANT & BAR SUPPLY COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>OSBORNE CONSTRUCTION COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A04-0126 CV<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal with Prejudice filed by the parties, and for good cause,

IT IS ORDERED that all claims and counterclaims that have been asserted by the parties in this proceeding, or that could have been asserted by them, are dismissed with prejudice. The parties shall bear and pay their own attorney fees and costs.

_____Dated at Anchorage, Alaska on August \_\_\_, 2006.


                                                                         _____
_____                                                         TIMOTHY M. BURGESS
                                                             UNITED STATES DISTRICT JUDGE